1  **Marshall Meyers (020584)**
2  **WEISBERG & MEYERS, LLC**
   **5025 North Central Ave., #602**
3  **Phoenix, AZ 85012**
4  **602 445 9819**
   **866 565 1327 facsimile**
5  **mmeyers@AttorneysForConsumers.com**
6  **Attorney for Plaintiff**

                    UNITED STATES DISTRICT COURT
7
                     FOR THE DISTRICT OF ARIZONA
8

9  Jonah Walker,                        )  Case No. 2:09-cv-02659-DGC
                                        )
10 Plaintiff,                           )  **NOTICE OF DISMISSAL WITH**
                                        )  **PREJUDICE**
11      vs.                             )
                                        )
12                                      )
   ARS National Services, Inc.,         )
13                                      )
14 Defendant.                           )
                                        )
15

16
        **NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the
17
   District Court of Arizona, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy
18
   of which is herewith served upon Defendant.
19

20
        **RESPECTFULLY SUBMITTED** this 26th day of February, 2010.
21

22

23              By:s/Marshall Meyers
                   **Marshall Meyers**
24                 **WEISBERG & MEYERS, LLC**
25                 **5025 North Central Ave., #602**
                   **Phoenix, AZ 85012**
26                 **602 445 9819**
27                 **866 565 1327 facsimile**
                   **mmeyers@AttorneysForConsumers.com**
28                 **Attorney for Plaintiff**

Notice of Dismissal  - 1

1  Filed electronically on this 26th day of February, 2010, with:

2  United States District Court CM/ECF system

3

4

5

6  By: s/Tremain Davis
        Tremain Davis

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Dismissal  - 2